UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMIME PERALES FLORES,<br><br>           Plaintiff,<br><br>  vs.<br><br>WALLA WALLA POLICE,<br><br>           Defendants. | NO.  CV-06-166-MWL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION |

    Magistrate Judge Leavitt Imbrogno filed a Report and Recommendation on August 29, 2006, recommending Mr. Perales Flores's application to proceed *in forma pauperis* be denied and the action dismissed as Plaintiff's allegations were legally frivolous.  *See O'Loughlin v. Doe*, 920 F.2d 614, 617 (9th Cir. 1990); *Tripati v. First Nat'l Bank & Trust,* 821 F.2d 1368, 1369-70 (9th Cir. 1987) ("A district court may deny leave to proceed in forma pauperis at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit.").

    Nothing in federal law precludes local law enforcement officials from arresting individuals for violations of 8 U.S.C. § 1325.  There being no objections, the court **ADOPTS** the Report and Recommendation.  The Application to Proceed *in forma pauperis* (Ct. Rec. 2) is **DENIED**

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 1

and the action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file.

**DATED** this  2nd   day of October, 2006.


                          s/ Fred Van Sickle
                         FRED VAN SICKLE
                    UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 2